# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRESIDENTIAL BANK, FSB, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:16-cv-02412 |
| | ) |
| 1733 27th STREET SE LLC, *et al.*, | ) |
| | ) |
|     Defendants. | ) |
| _____ | ) |

## PRAECIPE

COMES NOW Defendants, 1733 27th Street SE LLC, *et al.*, by and through the undersigned counsel, and respectfully files this Praecipe to supplement Exhibits H, I, and J to Defendants' Emergency Motion to Stay, filed on January 25, 2017, in the above-captioned matter. Said Exhibits are attached hereto.

    Respectfully submitted,

    Donald M. Temple
    Donald M. Temple #408749
    1101 15th Street NW, Suite 203
    Washington, D.C. 20005
    Tel: (202) 628-1101
    Fax: (202) 628-1149
    dtemplelaw@gmail.com
    *Attorney for Defendants*