# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRESIDENTIAL BANK, FSB | : |
| Plaintiff, | : Civil Action No.: 16-2412 (RC) |
| v. | : Re Document No.: 8 |
| 1733 27TH STREET SE LLC, *et al.*, | : |
| Defendants. | : |

## ORDER

### DENYING DEFENDANTS' MOTION FOR A STAY OF FORECLOSURES OR, IN THE ALTERNATIVE, MOTION FOR A TEMPORARY RESTRAINING ORDER

For the reasons stated by the Court during the January 26, 2017 hearing, Defendants have failed to show a likelihood of success on the merits or that they are likely to suffer irreparable harm in the absence of a temporary restraining order. Accordingly Defendants' motion for a stay of foreclosures or a temporary restraining order (ECF No. 8) is **DENIED**.

**SO ORDERED**.

Dated: January 26, 2017                              RUDOLPH CONTRERAS
                                                     United States District Judge